UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER GUGLIELMI,

Plaintiff,

v.

UNITEDLEX CORP.,

Defendant.

Case No. 26-cv-01509-NW

**CASE MANAGEMENT AND TRIAL SETTING ORDER (JURY)**

Re: ECF No. 1

The Court reviewed the parties' Joint Case Management Conference Statement and issues this Case Management and Pretrial Order. The July 28, 2026 Case Management Conference is VACATED.

The parties have not yet reached an agreement regarding an ADR process. The parties are ORDERED to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than March 31, 2027. If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation. The parties shall file stipulation and proposed order selecting an ADR process by July 27, 2026.

United States District Court
Northern District of California

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>[ ] Court-sponsored mediation<br>[ ] Court-sponsored ENE<br>[ ] Mag. Judge Settlement Conf.<br>[ ] Private mediation<br>[ ] Private arbitration<br>[ ] Other: | March 31, 2027 |
| Close of Fact Discovery | February 12, 2027 |
| Opening Expert Reports | March 12, 2027 |
| Rebuttal Expert Reports | April 09, 2027 |
| Close of Expert Discovery | April 30, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: May 21, 2027<br><br>**Responses**: July 14, 2027<br><br>**Replies**: July 28, 2027 |
| Hearing on Dispositive and *Daubert* Motions and Trial Readiness Conference | August 04, 2027 at 11:00 a.m. |
| Deadline to File Joint Pretrial Conference Statement | September 29, 2027 |
| Final Pretrial Conference | October 13, 2027 at 2:00 p.m. |
| Trial | November 01, 2027 at 9:00 a.m. |
| Length of trial | 5 days |

**IT IS SO ORDERED.**

Dated: July 15, 2026

Noël Wise
United States District Judge